FILED
October 6, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                         )    Case No. MAG 05-0283 DAD
              Plaintiff,                 )
v.                                       )    ORDER FOR RELEASE OF
                                         )    PERSON IN CUSTODY
JESUS BECERRA HUERTA,                    )
                                         )
              Defendant.                 )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  JESUS BECERRA HUERTA , Case No.

MAG 05-0283 DAD , Charge  17 § 506(a); 18 § 371,2319,2318,2320, 2 , from custody subject

to the conditions contained in the attached "Notice to Defendant Being Released" and for the

following reasons:

    ___  Release on Personal Recognizance

    _X_  Bail Posted in the Sum of $_____

          _X_  Unsecured Appearance Bond $ 100,000

          ___  Appearance Bond with 10% Deposit

          ___  Appearance Bond with Surety

          ___  Corporate Surety Bail Bond

          _X_  (Other) _with Pretrial Services Supervision_

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  October 6, 2005  at  2:55 p.m. .

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal